UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No.3:21-MJ-2207 |
| V. ) | |
| ) | |
| ) | |
| DARTAVIA SMITH-WILSON ) | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

The defendant appeared before the undersigned for an initial appearance on an indictment. Assistant United States Attorney William Roach was present representing the government. Federal Defender Nakeisha Jackson was present on behalf of the Defendant. The government moved for detention. The defendant requested a detention hearing and acknowledged and agreed that he/she would remain in detention pending that hearing. The defendant shall be held in custody by the United States Marshal until the detention hearing and produced for the detention hearing.

ENTER:

s/ Bruce Guyton
Bruce Guyton
UNITED STATES MAGISTRATE JUDGE